```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | )    Crim. No. 17-cr-23 |
| v. | ) |
| | ) |
| **HELWOOD PARIS, BETEL ROSARIO** | ) |
| **PAULINO, TROY TITLEY,** | ) |
| Defendants. | ) |
| _____ | ) |

**ATTORNEYS:**

**Joycelyn Hewlett, Acting United States Attorney**
**Sigrid Tejo-Sprotte, AUSA**
**Christian Andrew Fisanick, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States of America,*

**Omodare Jupiter, FPD**
**Gabriel Villegas, AFPD**
**Brendan A. Hurson, AFPD**
Office of the Federal Public Defender
    *For Helwood Paris,*

**Edgar L. Sanchez-Mercado**
San Juan, PR
    *For Betel Augusto Rosario Paulino.*

**Carl R. Williams**
Smith, Williams, PLLC
St. Thomas, USVI
    *For Troy Titley.*

**ORDER**

Before the Court are the motions of Helwood Paris to: Suppress, Suppress Due to Delayed Presentment, and Suppress Identification. Also before the Court is the Motion to Suppress of Betel Rosario Paulino.

On July 3, 2017, an evidentiary hearing was held in this matter. The Court heard evidence related to the motions to suppress.

The Court has considered the applicable law and the evidence presented at the July 3, 2017, hearing. For the reasons outlined by the Court at the conclusion of the July 3, 2017, hearing[1], it is hereby

**ORDERED** that the motions of Helwood Paris to: Suppress[119], Suppress Due to Delayed Presentment[120], and Suppress Identification[126] are hereby **DENIED**; and it is further

**ORDERED** that the Motion to Suppress[122] of Betel Rosario Paulino is **DENIED**.

S\_____
    **Curtis V. Gómez**
    **District Judge**

---

[1] In the wake of the hearing, the Court has reviewed all of the video evidence presented at the suppression hearing. The Court finds nothing in the recordings which changes its earlier reasoning.