DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cr-0023 |
| ) | |
| BETEL AUGUSTO ROSARIO PAULINO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is Defendant Betel Augusto Rosario Paulino's ("Rosario Paulino") *Motion for Extension of Time to File Supplemental Brief in Support of Motion for Compassionate Relief and Motion to Enlarge CJA Appointment*, filed on June 29, 2021. (ECF No. 371.) Also before the Court is Rosario Paulino's *pro se* Letter, filed on May 11, 2021, which the Court is construing as a *pro se* motion to appoint counsel. (ECF No. 369.)

The foregoing considered, it is hereby

**ORDERED** that Defendant Rosario Paulino's motion for extension of time to file supplemental brief and to enlarge CJA appointment, ECF No. 371, is **GRANTED**; it is further

**ORDERED** that the previous July 1, 2021 deadline to file a supplemental brief in support of Rosario Paulino's motion for compassionate release is **EXTENDED** to July 22, 2021; it is further

**ORDERED** that the appointment of Lorenzo J. Palomares, Esq. is hereby **ENLARGED** to include representation of Rosario Paulino in his petition pursuant to 28 U.S.C. 2255. The defendant is presently detained; it is further

**ORDERED** that there **SHALL** be no further *pro se* filings in these matters by Rosario Paulino, who is represented by Counsel; it is further

**ORDERED** that the Office of the United States Marshal shall serve any and all processes in connection with the above-captioned matter.

**Dated:** July 2, 2021

/s/ *Robert A. Molloy*
**Robert A. Molloy**
**CHIEF JUDGE**