# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:17-cr-0023 |
| ) | |
| **BETEL AUGUSTO ROSARIO PAULINO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**APPEARANCES:**

**Delia L. Smith, United States Attorney**
**Meredith Jean Edwards, AUSA**
United States Attorney's Office
St. Thomas, U.S. Virgin Islands
　*For the United States of America,*

**Lorenzo Palomares Starbuck**
Palomares Starbuck and Associates
Miami, Florida
　*For Defendant Rosario Paulino.*

## ORDER

**THIS MATTER** comes before the Court on Defendant Betel Augusto Rosario Paulino's ("Rosario Paulino") motion to amend the pending motion to vacate under 28 U.S.C. § 2255 petition, filed *pro se* at ECF No. 374, and his amended petition under 28 U.S.C. § 2255, filed through counsel, ECF No. 377. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant Rosario Paulino's motion to amend, ECF No. 374, is **GRANTED**; it is further

**ORDERED** that Rosario Paulino's amended petition to vacate sentence under 28 U.S.C. § 2255, ECF No. 377, is **DENIED**; and it is further

**ORDERED** that a certificate of appealability is **DENIED**.

**Dated:** July 15, 2022　　　　　　　　　　　*/s/ Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　**Chief Judge**